UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELLY B. COCKERHAM (#344342)

VERSUS

DR. HAL MACMURDO

CIVIL ACTION

NO. 19-13-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 34) dated March 24, 2021, to which no objection was filed,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 30) is granted, in part, and Plaintiff's claims asserted against Defendant in his official capacity for monetary damages are dismissed, with prejudice. In all other regards, the Motion is denied, and this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on April 21, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**